IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAJUAN SAUNDERS, | : | Civil No. 1:22-CV-00819 |
| Petitioner, | : | |
| v. | : | |
| SUPERINTENDANT THOMAS MCGINLEY, *et al.*, | : | |
| Respondents. | : | Judge Jennifer P. Wilson |

# ORDER

**AND NOW**, on this 1st day of October, 2025, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT**:

1. Respondent's motion to lift the stay, Doc. 15, is **GRANTED**.

2. The court's August 29, 2022 order, Doc. 14, is **VACATED** *nunc pro tunc*.

3. The petition, Doc. 1, is **DISMISSED** without prejudice as moot.

4. A certificate of appealability is **DENIED**.

5. The Clerk of Court is directed to **CLOSE** the case.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania